IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| ARTHUR LONG, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 6:10-CV-1103-LSC-RRA |
| COMMISSIONER RICHARD ALLEN, et al., | ) ) ) |
| Defendants. | ) |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on September 1, 2010, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted. No objections were filed by either party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted. A Final Judgment will be entered.

Done this 6th day of October 2010.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
153671